**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| ENVIRONMENTAL INDUSTRIAL SERVICES GROUP, INC., *Plaintiff*, | § § § § § | |
| v. | § § § | CIVIL ACTION NO. _____ |
| DESARROLLO DEL RANCHO LA GLORIA TX, LP AND ALLIED WASTE LANDFILL HOLDINGS, INC., *Defendants*. | § § § § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Desarrollo del Rancho La Gloria TX, LP ("La Gloria") files this Notice of Removal to remove the above-styled action in the 332nd Judicial District Court of Hidalgo County, Texas (the "state court action") under cause number C-3703-22-F to the United States District Court for the Southern District of Texas, McAllen Division.

### NATURE OF THE ACTION

1. Plaintiff, Environmental Industrial Services Group, Inc. ("EISG") filed the state court action to foreclose on a constitutional lien EISG claims to possess on the real property located at 23485 N. Moorefield Road, Edinburg, TX 78541 ("La Gloria Landfill"). La Gloria denies that EISG possesses any such lien and specifically denies that any additional funds are owed to EISG.

2. EISG and La Gloria are parties to two Agreements for Professional Engineering Contracting Services, one dated March 29, 2017 and one dated November 12, 2018, whereby EISG agreed to serve as the general contractor on landfill cell construction projects on the La Gloria Landfill. EISG failed to pay a number of the subcontractors it retained in connection with the

1982710

projects, many of whom threatened to file liens against the property. One of EISG's subcontractors followed through on that threat and filed five mechanics and materialmen's liens against the property. La Gloria filed a breach of contract action on March 11, 2020 against EISG for its failure to keep the La Gloria Landfill free of liens in accordance with its contractual obligations. *Desarrollo del Rancho La Gloria TX, LP v. Environmental Industrial Services Group, Inc.*, No. C-0963-20-B in the 93rd District Court of Hidalgo County, Texas. During the two-and-a-half years in which that case has been pending EISG has never filed a counterclaim for breach of contract or made any allegation that additional funds remain due and owing under the terms of the parties' contracts.

3. Instead, EISG filed a lawsuit against La Gloria's parent company, Republic Services, Inc. ("Republic") on January 24, 2022 seeking to foreclose on a constitutional lien it claims to possess on the La Gloria Landfill. *In re: Order for Foreclosure Concerning 23485 N. Moorefield Road, Edinburg, Texas Under Tex. R. Civ. P. 736; Environmental Industrial Services Group, Inc. v. Republic Services, Inc.*, No. C-0310-22-I in the 398th District Court of Hidalgo County, Texas. Republic removed the case to the United States District Court for the Southern District of Texas, McAllen Division on February 25, 2022. *Environmental Industrial Services Group, Inc. v. Republic Services, Inc.*, No. 7:22-CV-00066 in the United States District Court for the Southern District of Texas, McAllen Division. The case was thereafter consolidated with three other virtually identical lawsuits EISG filed against Republic seeking to foreclose on similarly defective liens. No. 7:22-CV-00066, Dkt. No. 21.

4. This Court dismissed the consolidated action for lack of personal jurisdiction, and denied EISG's request for leave to amend to add La Gloria and several of its affiliates as defendants on the ground that such an amendment would have been futile. No. 7:22-CV-00066, Dkt. No. 41.

1982710

The Court concluded the foreclosure actions had not been filed in good faith and ordered sanctions against EISG's attorney "for the stated purpose of deterring similar filings in the future." *Id*. at 13 n.13. EISG failed to heed that warning and filed the present action against La Gloria a month later. EISG's repeated efforts to harass Republic and its subsidiaries into paying EISG money that they do not owe is the epitome of bad faith. La Gloria intends to move for sanctions under Federal Rule of Civil Procedure 11 and to dismiss the action under Rule 12(b)(6).

## PROCEDURAL HISTORY

5.      EISG filed the present state court action on September 22, 2022 asserting claims for foreclosure on the constitutional lien it claims to possess on the La Gloria Landfill, breach of contract, and quantum meruit. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the state court petition is attached hereto as Exhibit A. The docket sheet in the state court action is attached hereto as Exhibit B, and a listing of all counsel of record is attached hereto as Exhibit C.

## VENUE

6.      Venue is proper in this District and Division pursuant to 28 U.S.C. § 1441(a), which permits removal to "the district court of the United States for the district and division embracing the place where [the state action] is pending."

## TIMELINESS OF REMOVAL

7.      Removal of this matter on this 14th day of October, 2022 is timely. La Gloria first became aware of the initial pleading in the state court action on October 5, 2022. Although La Gloria has not been served, it is not necessary to await service prior to removal. 28 U.S.C. § 1446(a). The state court action has been pending for less than one year as required by 28 U.S.C. § 1446(c).

**GROUNDS FOR REMOVAL:  DIVERSITY JURISDICTION**

8.  Removal may be effected for any civil action brought in state court over which the district courts of the United States have original jurisdiction. 28 U.S.C. § 1441(a). This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000, exclusive of interests and costs, and is between citizens of different states.

9.  EISG is a domestic for-profit corporation organized under the laws of the State of Texas with its principal place of business in Texas. EISG is therefore a citizen of the State of Texas.

10.  La Gloria is a Delaware limited partnership. The citizenship of a limited partnership is determined by the citizenship of each of its partners. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). La Gloria's partners are: (1) Allied Waste Landfill Holdings, Inc. ("Allied Waste") and (2) Allied Waste Systems Holdings, Inc. Both of these entities are Delaware corporations that maintain their principal places of business in Arizona.

11.  Accordingly, EISG is a citizen of the State of Texas, and La Gloria and Allied Waste are both citizens of the States of Delaware and Arizona. 28 U.S.C. § 1332(c)(1). Because neither Defendant is a citizen of the same state as Plaintiff, complete diversity exists at the time of this removal. *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

12.  Although La Gloria disputes EISG's entitlement to any relief, EISG has asserted it has the authority to seek foreclosure of the constitutional lien it claims to possess because it is allegedly owed $278,172.40 for labor or materials it furnished to the La Gloria Landfill. The amount in controversy thus exceeds the $75,000 threshold for the purpose of establishing diversity jurisdiction over this dispute. 28 U.S.C. §§ 1332(a) and 1446(c)(2).

1982710

13. Because the parties are completely diverse and the amount in controversy exceeds $75,000, this Court has original jurisdiction over this dispute pursuant to 28 U.S.C. § 1332(a). The state court action is therefore properly removable pursuant to 28 U.S.C. § 1441.

14. Upon filing this Notice of Removal, La Gloria will provide prompt, written notice thereof to EISG and will file a copy of the Notice with the clerk of the 268th Judicial District Court of Fort Bend County, Texas in order to effect the removal. 28 U.S.C. § 1446(d).

## CONCLUSION AND PRAYER

For the reasons set forth herein, La Gloria respectfully requests that this Court issue the orders necessary to cause removal of this case from the 332nd Judicial District Court of Hidalgo County, Texas to this Court and make all other and further orders as may be appropriate.

Dated: October 14, 2022

Respectfully Submitted,

**BECK REDDEN LLP**

By: */s/ Troy Ford*
    Troy Ford - *Attorney in Charge*
    State Bar No. 24032181
    Federal Bar No. 30253
    tford@beckredden.com
    Amy Parker Beeson – *of Counsel*
    State Bar No. 24051156
    Federal Bar No. 626178
    abeeson@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**ATTORNEYS FOR DEFENDANT**
**DESARROLLO DEL RANCHO LA GLORIA TX LP**

1982710

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(1) on October 14, 2022.

>   */s/ Troy Ford*
>   Troy Ford

1982710